SALVATORE CITARELLA, Respondent, *v.* PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY et al., Appellants.

(Submitted January 4, 1932; decided January 12, 1932.)

Motion denied, with ten dollars costs and necessary printing disbursements. The court affirmed the judgment upon the ground that there was no evidence of any negligent conduct upon the part of the depositor.

ALBERT C. WILLS, Respondent, *v.* INVESTORS BANKSTOCKS CORPORATION, Appellant. (Actions 1 and 2.)

(Submitted January 4, 1932; decided January 12, 1932.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 257 N. Y. 451.)

FRANCESCA A. SCHAEFER, Respondent, *v.* WILLIAM N. RIDGE, Defendant, and METROPOLIS LAND COMPANY, Appellant.

(Submitted January 4, 1932; decided January 12, 1932.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 258 N. Y. 552.)